**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CATO INSTITUTE,** | ) |
| 1000 Massachusetts Ave. NW | ) |
| Washington, D.C. 20001 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 935 Pennsylvania Avenue, NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Avenue, NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1.    Plaintiff, CATO INSTITUTE, brings this Freedom of Information Act suit to force

Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE

to comply with Plaintiff's FOIA request for records pertaining to Patriot Front, a white nationalist,

neo-fascist hate group.  On June 11, 2022, 31 people affiliated with Patriot Front were arrested for

conspiracy to riot at a Pride parade in Idaho.  In violation of the Freedom of Information Act,

Defendants have failed to issue a determination and have failed to produce the requested records.

### PARTIES

2.       Plaintiff CATO INSTITUTE is a public policy research organization—a think

tank—dedicated to the principles of individual liberty, limited government, free markets, and

peace.  Its scholars and analysts conduct independent, nonpartisan research on a wide range of policy issues.  CATO INSTITUTE made the FOIA request at issue in this case.

3.      Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.      Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOJ is the FBI's parent agency.

## JURISDICTION AND VENUE

5.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 9, 2020, FOIA REQUEST

7.      On February 9, 2020, CATO INSTITUTE submitted a FOIA request to FBI for records, excluding any records that are available on the FBI's online FOIA library (also referred as the "Vault"), referencing thirteen organizations that CATO INSTITUTE identified.  Ex. 1.

8.      CATO INSTITUTE included within the request "any cross-reference files or electronic surveillance (ELSUR), technical surveillance (TESURS), or microphone surveillance (MISURS) files" pertaining to the thirteen organizations.  CATO INSTITUTE also asked FBI to search for records "generated pursuant to 'sensitive investigative matters,' 'assessments,' or 'undisclosed participation' as described in the Domestic Investigations and Operations Guide (DIOG)." *Id.*

9.      Upon receipt of the request, FBI split the request into thirteen separate requests and assigned thirteen unique reference numbers.

10.      This case only concerns records pertaining to "Patriot Front."

11.     On May 3, 2021, FBI acknowledged receipt of the request for records regarding Patriot Front and assigned reference number 1459734-001.  Ex. 2.

12.     On May 19, 2021, FBI provided documents that were previously processed and released to other requesters.  FBI stated that CATO INSTITUTE may request an additional search for records if the records that have been previously processed do not satisfy CATO INSTITUTE's request.  Ex. 3.

13.     On May 24, 2021, CATO INSTITUTE requested an additional search for records. Ex. 4.

14.     On December 21, 2021, FBI stated that records responsive to the request "will be made available in the FBI's electronic FOIA Library."  FBI did not indicate when it would do so. Ex. 5.

15.     On June 30, 2022, CATO INSTITUTE sought an estimated date of completion for the request.  Ex. 6.

16.     On June 30, 2022, FBI stated that the estimate date of completion for the request is October 2023.  Ex. 7.

17.     As of the date of this filing, FBI has failed to issue a determination and has failed to promptly produce records responsive to the request.

## COUNT I – FBI'S FOIA VIOLATION:
## FAILURE TO ISSUE A DETERMINATION

18.     The above paragraphs are incorporated herein.

19.     The request seeks the disclosure of agency records and was properly made.

20.     FBI is a federal agency subject to FOIA.

21.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

22.     FBI has failed to issue a determination within the statutory deadline.

### COUNT II – FBI'S FOIA VIOLATION:
### FAILURE TO CONDUCT A REASONABLE SEARCH

23.     The above paragraphs are incorporated herein.

24.     The request seeks the disclosure of agency records and was properly made.

25.     FBI is a federal agency subject to FOIA.

26.     FBI has failed to conduct a reasonable search for records responsive to the request.

### COUNT III – FBI'S FOIA VIOLATION:
### FAILURE TO PRODUCE RECORDS

27.     The above paragraphs are incorporated herein.

28.     The request seeks the disclosure of agency records and was properly made.

29.     FBI is a federal agency subject to FOIA.

30.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

31.     FBI has failed to produce non-exempt records or portions of records responsive to the request.

**WHEREFORE**, CATO INSTITUTE asks the Court to:

  i.    declare that FBI has violated FOIA;

 ii.    order FBI to conduct a reasonable search for records;

iii.    order FBI to issue a determination and produce all non-exempt records responsive to the request or portions of records promptly;

 iv.    enjoin FBI from withholding non-exempt public records under FOIA;

  v.    award CATO INSTITUTE attorneys' fees and costs; and

 vi.    award any other relief the Court considers appropriate.

Dated: July 21, 2022

- 5 -

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiff,
CATO INSTITUTE

Matthew Topic, D.C. Bar No. IL 0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com