UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 22-2152 (ABJ) |

## **JOINT STATUS REPORT**

Pursuant to the Court's May 22, 2023, Minute Order, the parties hereby respectfully submit this Joint Status Report and report as follows:

1. On February 9, 2020, Plaintiff Cato Institute submitted a Freedom of Information Act ("FOIA") request to Defendant Federal Bureau of Investigation, seeking any records that mentioned any of thirteen specified organizations, including an organization called "Patriot Front." FBI split Plaintiff's request into thirteen separate requests—one for each organization—and assigned each a unique reference number.

2. Plaintiff brought this action on July 21, 2022, seeking to compel the FBI's production of records pertaining to the Patriot Front portion of its FOIA request. Defendants answered Plaintiff's Complaint on September 19, 2022.

3. As previously reported, FBI completed processing all responsive main files containing only FBI equities. FBI sent records to another government agency for consultation, and FBI will produce all non-exempt, or non-exempt portions of records, upon receipt of a response to its consultation request.

4. While FBI is still in the process of scoping potentially responsive reference files, FBI anticipates processing records at a rate of 500 pages per month and producing any responsive, non-exempt material to Plaintiff on a monthly basis. For its first production on July 31, 2023, FBI reviewed 505 pages and produced 114 pages in whole or in part to Plaintiff.

5. In light of the foregoing, the parties propose that they submit a further joint status report on November 15, 2023, and every 90 days thereafter, to update the Court as to FBI's efforts to respond to the subject FOIA request.

Dated: August 16, 2023
Washington, DC

Respectfully submitted,

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL 0037
Merrick Wayne, D.C. Bar No. IL 0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

  */s/ Bradley Silverman*
BRADLEY SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
U.S. Attorney's Office
District of Columbia
601 D Street, N.W., 7th Floor
Washington, D.C. 20530
Tel: (202) 252-2575
Email: bradley.silverman@usdoj.gov

*Attorneys for the United States of America*